IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPCOM CO., LTD., <br><br> Plaintiff, <br> v. <br><br> FAYAIALO, et al., <br><br> Defendants. | Case No. 25-cv-10142 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Laura K. McNally** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Capcom Co., Ltd. hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| WANHONGYUE MALL | 18 |
| us-trust | 33 |

Dated this 17th day of October 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Capcom Co., Ltd.*